PEOPLE v. WILLIS et al. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Proceeding by the people against Theodore B. Willis and another. No opinion.

Application granted, and order signed.   See 54 N. Y. Supp. 52, 129, 642, and 52 N. Y. Supp. 808.